UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **5:20-cv-1688-FLA (MAR)** | Date: July 27, 2021 |
| Title | *David Calderon v. San Bernardino County Sheriffs, et al.* | |

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On July 22, 2020, David Calderon ("Plaintiff"), proceeding a pro se and in forma pauperis ("IFP"), constructively filed[1] a Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C. § 1983 ("section 1983"). ECF Docket No. ("Dkt.") 1 at 31.[2] On August 31, 2020, the Court dismissed the Complaint with leave to amend, granting Plaintiff twenty-one (21) days to file a First Amended Complaint ("FAC"). Dkt. 6 at 16. On December 8, 2020, Plaintiff constructively filed a First Amended Complaint. Dkt. 15. On April 27, 2021, the Court dismissed the FAC with leave to amend, granting Plaintiff twenty-one (21) days to file a Second Amended Complaint ("SAC"). Dkt. 19 at 14.

On May 19, 2021, Plaintiff filed a Motion for Extension of Time to File Second Amended Complaint ("Motion"). Dkt. 20. On May 27, 2021, the Court granted Plaintiff's Motion.[3] Dkt. 21. Plaintiff's SAC was due on June 28, 2021. Id. On July 5, 2021, Plaintiff constructively filed a Status Request asking for "an updated [sic] on [Plaintiff's] second amendment [sic] lawsuit." Dkt. 24. To date, however, Plaintiff has not filed a Second Amended Complaint.

Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order, by **August 17, 2021**, why this action should not be dismissed under Rule 41(b) for failure to prosecute. See Fed. R. Civ. P. 41(b).

---

[1] Under the "mailbox rule", when a pro se prisoner gives prison authorities a pleading to mail to the court, the court deems the pleading constructively "filed" on the date it is signed. Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010).

[2] All citations to electronically filed documents refer to the CM/ECF pagination.

[3] After Plaintiff filed his Motion, he was transferred to North Kern State Prison. See Dkt. 22. Plaintiff's Notice of Change of Address ("Notice") was constructively filed on May 22, 2021. Id. The Court received the Notice on May 26, 2021 and it was docketed on May 28, 2021. Id. The Court granted Plaintiff's Motion on May 27, 2021. Dkt. 21. Accordingly, to ensure Plaintiff has received all relevant documents, the Clerk of Court is directed to send Plaintiff, at his current place of incarceration at North Kern State Prison, a copy of: this Order to Show Cause; the Court's April 27, 2021 ODLA, Dkt. 19; and the Court's Minute Order granting Plaintiff's Motion, Dkt. 21.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **5:20-cv-1688-FLA (MAR)** | Date: July 27, 2021 |
| Title | *David Calderon v. San Bernardino County Sheriffs, et al.* | |

The Court will consider any of the following three (3) options to be an appropriate response to this OSC:

(1) Plaintiff shall file a Second Amended Complaint that addresses the deficiencies identified in the Court's April 27, 2021 ODLA;
(2) Plaintiff shall provide the Court with an explanation as to why he has failed to file a Second Amended Complaint; or
(3) Plaintiff may request a voluntarily dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.

**Failure to respond to the Court's Order may result in the dismissal of the action.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | eb |

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER |
|---|---|
| Plaintiff(s), |  |
| v. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). |  |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____                _____
         *Date*                          *Signature of Attorney/Party*

*NOTE:* **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**