UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CALDERON,<br><br>                Plaintiff,<br><br>     v.<br><br>SAN BERNARDINO COUNTY SHERIFFS, ET AL.,<br><br>                Defendants. | Case No. 5:20-cv-01688-FLA (MAR)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  The court has engaged in *de novo* review of those portions of the Report to which Plaintiff has objected.  The court accepts the findings and recommendation of the Magistrate Judge.

     IT IS THEREFORE ORDERED: (1) The Motion to Dismiss is **GRANTED**; and (2) Claim Two is **DISMISSED WITH LEAVE TO AMEND**.

Dated: February 27, 2023

                                                                       _____
                                                                       FERNANDO L. AENLLE-ROCHA
                                                                       United States District Judge