UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.    **5:20-cv-1688-FLA (MAR)**                                         Date:  June 13, 2023

Title       **_David Calderon v. San Bernardino County Sheriffs, et al._**

Present:  The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| VALERIE VELASCO | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On February 27, 2023, the Court dismissed Plaintiff's Second Amended Complaint with leave to amend.  Dkts. 108 (Report and Recommendation); 111 (Order Accepting).  The Court subsequently ordered Plaintiff to file his Third Amended Complaint ("TAC") within thirty (30) days.  Dkt. 113.  Plaintiff requested and received an extension of time, pushing the due date back to May 15, 2023.  Dkts. 114–15.  The Court also sent Plaintiff a copy of his previous complaint and a blank civil rights complaint form.  To date, however, Plaintiff has not filed a TAC.

Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order, by **July 5, 2023**, why this action should not be dismissed under Rule 41(b) for failure to prosecute.  See Fed. R. Civ. P. 41(b).

The Court will consider any of the following three (3) options to be an appropriate response to this OSC:

(1) Plaintiff shall file a TAC that addresses the deficiencies identified in the Court's Report and Recommendation (Dkt. 108);
(2) Plaintiff shall provide the Court with an explanation as to why he has failed to file a TAC; or
(3) Plaintiff may request a voluntarily dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.

**Failure to respond to the Court's Order may result in the dismissal of the action.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | vv |